IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOEL GONZALEZ LOPEZ, Individually And As Personal Representative of the Estate of Jose Alberto Gonzalez Rodriguez, DECEASED and PATRICIA GUADALUPE RODRIGUEZ, Individually<br><br>Plaintiffs,<br><br>VS.<br><br>WILLACY COUNTY, TEXAS and LARRY SPENCE, in his Individual And Official Capacity as Willacy County Sheriff<br><br>Defendants. | CASE NO. 1:17-CV-00231 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) FOR LARRY SPENCE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Joel Gonzalez Lopez, individually and as personal representative of the estate of Jose Alberto Gonzalez Rodriguez, deceased, and Patricia Guadalupe Rodriguez, individually, by and through undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendant Larry Spence in his individual and official capacity. The allegations brought against Larry Spence in his official capacity duplicate claims against Willacy County, Texas. *Castro Romero v. Becken*, 256 F.3d 349 (5th Cir. 2001). This notice shall not be construed as a voluntary dismissal of Defendant Willacy County, Texas from the above captioned action under a theory of municipal liability.

Respectfully Submitted,

/s/ *Ed Stapleton*

---

Ed Stapleton  
Attorney in Charge  
Texas State Bar Number: 19058400  
So. District No. 1501  
2401 Wildflower Dr. Ste. C  
Brownsville, Texas 78526  
Telephone: (956) 504-0882  
Fax: (956) 504-0814  

# CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) For Larry Spence In His Individual and Official Capacity was delivered by electronic mail upon filing.

/s/ *Ed Stapleton*

---

Ed Stapleton